UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 25-169-DLB-CJS

LUIS ALBERTO MOYAO ROMAN                                          PETITIONER

v.                                    ORDER

SAM OLSON, et al.,                                               RESPONDENTS

\* \* \* \* \* \* \* \* \* \*

Plaintiff, Luis Alberto Moyao Roman, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). Roman claims that he is being improperly detained by United States Immigration and Customs Enforcement at the Kenton County Detention Center in Covington, Kentucky. Among other things, he requests that this Court order his immediate release.

Having reviewed Roman's petition pursuant to 28 U.S.C. § 2243, the Court concludes that further briefing is required to adjudicate his claims. Thus, the Court will direct the Respondents to respond to Roman's pleading within fourteen (14) days.

Accordingly, **IT IS ORDERED** as follows:

(1)   The Clerk of Court is directed to send a copy of Roman's petition (Doc. # 1) and this Order by certified mail to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jailer Marc Fields, at the Kenton County Detention Center.

(2) Within 14 days, the United States Attorney's Office for the Eastern District of Kentucky and Jailer Marc Fields are directed to file a response to Roman's petition. The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the petition. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the Response brief.

(3) Once the Respondents file their response, the Court will enter a new Order regarding the next steps in this litigation.

This 29th day of October, 2025.



Signed By:

*David L. Bunning*  DB

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2025\25-169 writ of habeas corpus order.docx